*Exhibit D. Fox* [handwritten, sideways]

06/17/2019 GRANTED. ALL COMPENSATION AND EXPENSES ARE SUBJECT TO COURT APPROVAL. [sideways stamp]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

In re:

Scott A. Hammon and            Case No. 19-30179-EDK
Heather Hammon            Chapter 7

**Debtors**

## CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND TEAMWORK REALTY GROUP, LLC AS REAL ESTATE BROKER

Now comes Gary Weiner, Chapter 7 Trustee (the "Trustee") for the above referenced bankruptcy estate of Scott A. Hammon and Heather Hammon (the "Debtors") by and through the undersigned counsel, hereby files this Application for entry of an order authorizing employment of (1) BK Global Real Estate Services ("BKRES") under the terms set forth in the agreement (the "BKRES Agreement") attached to BKRES' Affidavit of Disinterestedness at *Exhibit A* (the "BKRES Affidavit") and (2) TEAMWORK REALTY GROUP, LLC ("Listing Agent") under the terms of the agreement (the "Listing Agreement") attached to Listing Agent's Affidavit of Disinterestedness at *Exhibit B* (the "Listing Agent Affidavit"). In support thereof, the Trustee respectfully states as follows:

### PRELIMINARY STATEMENT

Trustee requests approval to retain BKRES and local licensed Listing Agent (individually and collectively referred to as "Broker or Brokers"), at no cost to the estate, to negotiate with and persuade the first lienholder on certain real property in which the estate has no